JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN MANUEL ZAMORA LARA,

Petitioner,

v.

ADELANTO ICE PROCESSING CENTER WARDEN, et al.,

Respondents.

Case No. 5:25-cv-03350-JLS-RAO

**JUDGMENT**

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus as Moot,

IT IS ORDERED AND ADJUDGED that the Petition is dismissed without prejudice and this action is closed.

DATED: October 30, 2026

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE